In re TWELFTH WARD PARK. In re SCANGARELLA et al. (Supreme Court, Appellate Division, First Department. November 18, 1898.) In the matter of the Twelfth Ward Park and Scangarella and others. No opinion. The award being to unknown owners, the city is not liable for interest. The report in other respects is confirmed.

VICTOR et al. v. LEWIS. (Supreme Court, Appellate Division, First Department. November 18, 1898.) Action by George F. Victor and others against Nathan Lewis. No opinion. Motion granted, with $10 costs.

VICTOR et al., Respondents, v. LEWIS et al., Appellants. (Supreme Court, Appellate Division, First Department. November 18, 1898.) Action by George F. Victor and others against Jacob Lewis and another. N. Lewis, for appellants. E. Blumenstiel, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. See 53 N. Y. Supp. 944.

VILLAGE OF CHAMPLAIN, Respondent, v. McCREA et al., Appellants. (Supreme Court, Appellate Divison, Third Department. November 29, 1898.) Action by the village of Champlain against Matilda McCrea and the First National Bank of Champlain. No opinion. Motion denied. See 53 N. Y. Supp. 1096.

VILLAGE OF CHAMPLAIN, Respondent, v. McCREA et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 29, 1898.) Action by the village of Champlain against Matilda McCrea and Emmett M. Fitch. No opinion. Motion denied. See 53 N. Y. Supp. 1096.

WALSH v. THIRD AVE. R. CO. (Supreme Court, Appellate Division, First Department. October 14, 1898.) Action by Thomas F. Walsh against the Third Avenue Railroad Company. No opinion. Motion granted, with $10 costs.

WEEHAWKEN WHARF CO., Appellant, v. KNICKERBOCKER COAL CO., Respondent. In re PAUL. (City Court of New York, General Term. November 18, 1898.) Action by the Weehawken Wharf Company against the Knickerbocker Coal Company. In the matter of the application of Edward T. Paul, assignee of the Knickerbocker Coal Company. James R. Rogers, for appellant. Edwards & Bryan, for respondent.

CONLAN, J. The facts presented upon the appeal herein are the same as those presented upon the appeal in action No. 1, argued and decided at this general term, and the opinion and decision of this court thereon is also the same. See opinion in action No. 1. 54 N. Y. Supp. 566. Order appealed from affirmed, with costs. FITZSIMONS, C. J., concurs.

WEISS v. METROPOLITAN ST. RY. CO. (Supreme Court, Appellate Division, First Department. November 18, 1898.) Action by Julius Weiss, as administrator, against the Metropolitan Street-Railway Company. No opinion. Motion denied. See 53 N. Y. Supp. 449.

In re WEST. (Supreme Court, Appellate Division, Second Department. October 11, 1898.) In the matter of the petition of Edward W. West to amend the record of his admission to practice, etc. No opinion. Leave granted to take the oath of office and sign the roll.

In re WESTCHESTER TRUST CO. (Supreme Court, Appellate Division, Second Department. October 4, 1898.) In the matter of the application of the Westchester Trust Company to be designated as a deposit bank. No opinion. Order signed. Wilson Brown, Jr., appointed referee.

In re WESTCHESTER TRUST CO. (Supreme Court, Appellate Division. Second Department. October 18, 1898.) In the matter of the application of the Westchester Trust Company to be designated as a deposit bank. No opinion. Report of referee confirmed, and order signed.

WESTERN NAT. BANK OF NEW YORK, Respondent, v. FABER, Appellant. (Supreme Court, Appellate Division, First Department. October 21, 1898.) Action by the Western National Bank of New York against Eberhard Faber. C. T. Haviland, for appellant. M. B. Clarke, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re WHEELER. (Supreme Court, Appellate Division, Third Department. September 20, 1898.) In the matter of the will of Sarah D. Wheeler. No opinion. One bill of costs, including disbursements of all, allowed. See 52 N. Y. Supp. 943.

WHEELER, Respondent, v. WASHBON, Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1898.) Action by S. Augusta Wheeler against Andrew G. Washbon. No opinion. Judgment affirmed, with costs.

WHITE, Appellant, v. FREYTAG et al., Respondents. (City Court of New York, General Term. December 7, 1898.) Action by Henry White against Philip N. Freytag and another. Fromme Bros., for appellant. G. Mayer, for respondents. SCHUCHMAN, J. Order and judgment appealed from are affirmed, with costs. McCARTHY, J., concurs.

WHITE, Appellant, v. RHEIN et al., Respondents. (City Court of New York, General Term. November 18, 1898.) Action by Henry B. White against Myer L. Rhein and others. Blandy, Mooney & Shipman, for appellant. Guggenheimer, Untermyer & Marshall, for respondents. PER CURIAM. We think that the order appealed from should be reversed. If affirmed, it would work perhaps irreparable harm to the plaintiff, while its reversal would do no injury to the defendant, in view of the fact that plaintiff has filed a sufficient undertaking to pay costs, which was filed at the time of the making of the motions upon which the order ap-